UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 18  P 5:59

JULIE DONOFRIO
AND
BRENDA FUEGEN

    Plaintiffs,

V.                          CIVIL ACTION NO.
                            303CV622(SRU)

JOHN DIENES, JR.
DBA CAR WORLD II           OCTOBER 29, 2003

    Defendant

## MOTION TO CORRECT/CHANGE NAMED DEFENDANT

1. On April 7, 2003, a complaint was filed in the above captioned matter.

2. The defendant was listed as a DBA.

3. Undersigned counsel later became aware that the defendant was in fact a corporation, "Serjam, Inc.".

4. Although efforts were made to learn the proper name of Car World II, there was no listing with the corporate records department of the Secretary of State.

5. There was also no listing registration of Car World II with the Waterbury Town Clerk.

6. On or about September 5, 2003, undersigned counsel learned that John Dienes was not the owner of Car World II.

7. Undersigned counsel has spoken with Ron Stroll, general manager of Car World II.

8. A copy of all pleadings has been sent to Ron Stroll.

9. To date this matter has not resolved or settled.

10. There will be no prejudice to the defendant by allowing the plaintiff to correct the name of the defendant and proceed with this case.

11. The statute of limitations does not run until February 2004.

WHEREFORE, the plaintiff requests that the defendant's name be corrected to: Serjam, Inc.

THE PLAINTIFFS

BY
Jayne F. Kennedy
101 W. Main Street
Branford, CT 06405
    Fed. Juris No.: CT20179
    (203) 483-4500
    (203) 483-7922 fax

CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of October, 2003, a copy of this motion was sent to:

Ron Stroll
Car World II
277 Danbury Road
New Milford, CT 06776

Jayne F. Kennedy