UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JULIE DONOFRIO
AND
BRENDA FUEGEN

2003 NOV 18 P 5:59

Plaintiffs,

V.

CIVIL ACTION NO.
303CV622(SRU)

JOHN DIENES, JR.
DBA CAR WORLD II

OCTOBER 29, 2003

Defendant

## MOTION TO CORRECT/CHANGE NAMED DEFENDANT

1. On April 7, 2003, a complaint was filed in the above captioned matter.

2. The defendant was listed as a DBA.

3. Undersigned counsel later became aware that the defendant was in fact a corporation, "Serjam, Inc.".

4. Although efforts were made to learn the proper name of Car World II, there was no listing with the corporate records department of the Secretary of State.

5. There was also no listing registration of Car World II with the Waterbury Town Clerk.

6. On or about September 5, 2003, undersigned counsel learned that John Dienes was not the owner of Car World II.

7. Undersigned counsel has spoken with Ron Stroll, general manager of Car World II.

GRANTED. The clerk shall docket the First Amended Complaint and issue the requested summons. So ordered.

Stefan R. Underhill
United States District Judge
12/17/03