UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DONOFRIO
AND
BRENDA FUEGEN

      Plaintiffs,

V.

CIVIL ACTION NO.
303CV622(SRU)

SERJAM, INC.
AKA CAR WORLD II

10/29/03

      Defendant

## FIRST AMENDED COMPLAINT

**FIRST COUNT:**

1. This is an action for a declaratory judgement, an injunction and damages for violation of The Truth In Lending Act, 15 U.S.C. § 1601 et seq., and for violation of the Connecticut Unfair Trade Practices Act § 42-110a Conn. Gen. Stat., et seq., and for violation of The Connecticut Truth In Lending Act § 36a-676 Conn. Gen. Stat., et seq.,

2. Jurisdiction is conferred on this Court by 15 U.S.C. § 1601 and 28 U.S.C. §§ 1331 and 1367.

3. Plaintiffs are residents of Waterbury, Connecticut.

4. Defendant Serjam, Inc. also known as Car World II, is a place of business at 37 Chase Avenue, Waterbury, CT 06704.

5. Defendant Serjam, Inc., is a domestic corporation licensed to do business in the state of Connecticut.

6. At all times herein the defendant in the ordinary course of business regularly extended consumer credit which was payable in more than four installments.

7. Defendant is a creditor within the meaning of C.G.S. § 36a-676, et seq., and 15 U.S.C. § 1601, et seq., and regulation promulgated thereunder.

8. On or about February 14, 2003, plaintiffs entered into a consumer credit transaction with defendant to buy a car for personal, family or household use.

9. The defendant failed to provided the information required to be disclosed by 15 USC § 1601, et seq. or CGS § 36a-676, et seq. and the regulations thereunder at or prior to consummation of the transaction.

10. Defendant failed to provide written disclosure in a form plaintiffs may keep prior to consummation.

11. Plaintiffs have suffered and will suffer severe monetary loss, embarrassment, stress, and inconvenience as a result of defendant's actions.

SECOND COUNT:

12. The allegations of paragraph no.7, of the First Count are repeated as if fully set forth herein.

13. Defendant has committed one or more unfair or deceptive acts or practices in violation of the Connecticut Unfair Trade Practices Act § 42-110a Conn. Gen. Stat. et seq., including, but not limited to failing to disclose to plaintiffs the accurate financial terms of the transaction, failing to provide plaintiff with a copy of the Retail Installment

that matched the Retail Purchase Order, by failing to accurately break down the payments made to third parties, and for failing to issue a VSI policy.

14. Plaintiffs have suffered and will suffer severe monetary loss, embarrassment, stress, and inconvenience as a result of all defendant's actions.

WHEREFORE, it is respectfully prayed that this Court:

1. Award plaintiffs statutory damages of $1,000.00, actual damages, and costs and a reasonable attorney's fee on Count I.

2. Award plaintiffs actual damages, punitive damages, and attorney's fees for violation of the Connecticut Unfair Trade Practices Act under Count III.

3. Award such other or further relief as the Court deems just or equitable. including return of the motor vehicle.

THE PLAINTIFFS

BY /s/ Jayne E. Kennedy
Jayne E. Kennedy
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT20179
(203) 483-4500
(203) 483-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of October, 2003, a copy of this Amended Complaint was sent to:

Ron Stroll
Car World II
277 Danbury Road
New Milford, CT 06776

Jayne F. Kennedy