UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DONOFRIO ET AL                    2004 FEB 23  P 12: 46

            Plaintiffs,

V.                                                      CIVIL ACTION NO.
                                                        303 CV 622(SRU)

SERJAM, INC.

            Defendant                          February 17, 2004


**REQUEST TO CLERK TO ENTER DEFAULT**


Defendant, having failed to plead to the Complaint, and the time for filing

such answer or pleading having expired, you are requested to enter a default

against said defendant pursuant to rule 55(a) of the Federal Rules of Civil

Procedure.

The facts supporting this request are on the face of the record herein. This is Plaintiff's first motion for default for failure to plead.

THE PLAINTIFF

BY
Jayne F. Kennedy ct20179
101 W. Main Street
Branford, CT 06405
(203) 483-4500
(203) 483-7922 fax

## CERTIFICATE OF SERVICE

The above motion was sent by U.S. Mail, postage prepaid, on February 17, 2004, to:

Ron Stroll
Car World II
277 Danbury Road
New Milford, CT 06776

Jayne F. Kennedy