

3:03cv622(SRU)

OFFICER'S RETURN

STATE OF CONNECTICUT           :
                               : SS: WATERBURY, January 14, 2004
COUNTY OF NEW HAVEN            :

2004 FEB 24  A 9: 12

    Then and there by virtue hereof, I attempted service on the within named, SERJAM, INC., at 27 Chase Avenue, Waterbury, Connecticut, and was advised by SKIP HOXIE, PERSON IN CHARGE, that service would only be accepted in the New Milford Office.

    And, afterwards, on the 14th day of January, 2004, in the Town of New Milford, County of Fairfield, State of Connecticut, upon the directions of the Plaintiff's attorney, I served the within named, SERJAM, INC., by leaving with and in the hands of "FRANK", who identified himself as PERSON IN CHARGE, and authorized to accept service for SERJAM, INC., at 277 Danbury Road, New Milford, Connecticut, a true and attested copy of the original SUMMONS AND COMPLAINT, with my doings thereon endorsed.

    The within and foregoing is the original SUMMONS AND COMPLAINT, with my doings hereon endorsed.

ATTEST:

NORRIS H. HORTON II
AN INDIFFERENT PERSON

FEES:
Service        30.00
Travel         40.00
Copies          7.00
Endorsement      .80

Total          77.80