#11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIE DONOFRIO ET AL                    2004 FEB 23  P 12: 46

    Plaintiffs,

V.
                                              CIVIL ACTION NO.
                                              303 CV 622(SRU)

SERJAM, INC.

    Defendant                              February 17, 2004

### REQUEST TO CLERK TO ENTER DEFAULT

Defendant, having failed to plead to the Complaint, and the time for filing such answer or pleading having expired, you are requested to enter a default against said defendant pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

3/02/04. DENIED without prejudice to renewal, no return of service having been filed.
KEVIN F. ROWE, CLERK
By _____
Deputy Clerk

FILED 2004 MAR 2 P 12: 20
US DISTRICT COURT
BRIDGEPORT CT