UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

JULIE DONOFRIO ET AL

2004 MAR 18  A 11: 57

Plaintiffs,

U.S. DISTRICT COURT
BRIDGEPORT, CONN

V.

CIVIL ACTION NO.
303 CV 622(SRU)

SERJAM, INC.

Defendant

March 17, 2004

### REQUEST TO CLERK TO ENTER DEFAULT

Defendant, having failed to plead to the Complaint, and the time for filing such answer or pleading having expired, you are requested to enter a default against said defendant pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

The facts supporting this request are on the face of the record herein. This is Plaintiff's second motion for default for failure to plead. The first Motion was denied without prejudice because the Return of Service was not yet docketed.

THE PLAINTIFF

BY _____
Jayne F. Kennedy ct20179
101 W. Main Street
Branford, CT 06405
(203) 483-4500
(203) 483-7922 fax

### CERTIFICATE OF SERVICE

The above motion was sent by U.S. Mail, postage prepaid, on March 17, 2004, to:

Ron Stroll
Car World II
277 Danbury Road
New Milford, CT 06776

_____
Jayne F. Kennedy