UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 18 A 11: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JULIE DONOFRIO ET AL

    Plaintiffs,

V.

                        CIVIL ACTION NO.
                        303 CV 622(SRU)

SERJAM, INC.

    Defendant                      March 17, 2004

### REQUEST TO CLERK TO ENTER DEFAULT

Defendant, having failed to plead to the Complaint, and the time for filing ch answer or pleading having expired, you are requested to enter a default against said defendant pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

Default entered pursuant to Rule 55(a), FRCP. Default Judgment to be filed by 5/3/04 or dismissal will enter pursuant to Rule 41(a) FRCP.

KEVIN F. ROWE, Clerk
Deputy Clerk

FILED BY
2004 APR -1 P 2:
U.S. DISTRICT COURT
BRIDGEPORT, CONN