UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 29 P 1: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JULIE DONOFRIO, ET AL
    Plaintiffs,

V.

SERJAM INC.

CIVIL ACTION NO.
303CV 622 (SRU)

April 27, 2004

## MOTION FOR DEFAULT JUDGMENT

The plaintiff applies to the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter a default judgement in favor of the plaintiff and against the defendant. This application is made on the ground that this defendant has failed appear and to file an answer to the complaint in this action, that the time allowed for filing the answer has expired and that this defendant's default was duly entered on or about April 1, 2004. The defendant was served in-hand, via sheriff, on January 10, 2004. This application is based on the record.

ORAL ARGUMENT

NOT REQUESTED

THE PLAINTIFF
By/s/ *[signature]*
Jayne F. Kennedy ct 20179
44 Sunset Hill Drive
Branford, CT 06405
(203) 483-4500
(203) 483-4500 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this $27^h$ day of April, 2004, postage prepaid to:

Serjam, Inc.
Ron Stroll
277 Danbury Road
New Milford, CT 06776

*[signature]*
Jayne F. Kennedy