UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 29 P 1: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JULIE DONOFRIO, ET AL
    Plaintiffs,

V.

SERJAM INC.

CIVIL ACTION NO.
303CV 622 (SRU)

April 27, 2004

### MOTION FOR HEARING ON DAMAGES

Plaintiff hereby moves the Court for an order submitting this action to the Court and requesting a date and time certain, against the defendant for the sole purpose to be determined the amount of damages sustained by the plaintiffs as a result of a Judgement of Default entered by the court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

The motion is made and based on the ground that the Motion For Default was entered by this Court on or about April 1, 2004, and the Motion For Judgement was submitted contemporaneously with this Motion and the sole issue to be determined is the amount of damages sustained by the plaintiff, costs and reasonable Attorney's fees.

ORAL ARGUMENT IS REQUESTED

THE PLAINTIFF

By _____
Jayne F. Kennedy ct 20179
44 Sunset Hill Drive
Branford, CT 06405
(203) 483-4500
(203) 483-4500 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 27th day of April, 2004, postage prepaid to:

Serjam Inc.
Ron Stroll
277 Danbury Road
New Milford, CT 06776

_____
Jayne F. Kennedy