UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 30  A 11: 38

JULIE DONOFRIO ETAL

        Plaintiffs,

V.                        CIVIL ACTION NO.
                              303 CV 622 (SRU)

SERJAM, INC.
        Defendant                       May 27, 2004

## STIPULATION FOR DISMISSAL

The plaintiffs through their attorney Jayne F. Kennedy, and the defendant Serjam, Inc. by its attorney Doug Milan, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

BY _____
Jayne F. Kennedy
44 Sunset Hill Drive
Branford, CT 06405

BY _____
Doug Milan, Esq.
76 Progress Drive
Stamford, CT 06902

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 27 day of May 2004, via United States Mail, postage prepaid to:

Doug Milan, Esq.
76 Progress Drive
Stamford, CT 06902

_____
Jayne F. Kennedy